# Court of Appeals
# of the State of Georgia

ATLANTA, May 26, 2015

*The Court of Appeals hereby passes the following order*

**A15D0380. JONATHAN WILLIAM SATURDAY v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

CR080380



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, May 26, 2015.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*